**IN THE UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
Richmond Division**

In re: Vincent E. Harris           Case Number 17-35621-KRH
      Janet L. Harris

                                              Chapter 13

      Debtors

Address: 1304 Poco Dr Richmond, VA 23235

SSN:      xxx-xx- 9499 and 3082

## OBJECTION TO PROOF OF CLAIM

COMES NOW, Vincent E. Harris and Janet L. Harris, ("Debtors"), by counsel, and pursuant to 11 U.S.C. Rule 3007, Objection to Claim(s), Debtors object to claim numbers 3filed by Toyota Motor Credit Corporation.

1. Debtors filed for protection under Chapter 13 of U.S.C. Bankruptcy Code on November 10, 2017.

2. On December 11, 2017, Toyota Motor Credit Corporation, filed secured claim number 3.

3. On December 12, 2018, Toyota Motor Credit Corporation amended the claim to $5,939.25, five thousand nine hundred thirty-nine dollars and twenty-five cents.

                                                              Massie Law Firm, PC
                                    Joseph Massie, III, Esquire (Bar No. 35472)
                                                                  115 N. 1st Street
                                                                   Richmond, VA 23219
                                                                     (804) 644-4878 (T)
                                                                     (804) 644-4874 (F)
                                                              jmassie@massielawfirm.com

In re: Vincent E. Harris                                    Case Number 17-35621-KRH
      Janet L. Harris

                                                        Chapter 13 Debtors

4. Debtors object to claim number 3, as they believe that Toyota Motor Credit Corporation, had been more diligent in selling the vehicle the deficiency balance would have been significantly lower.

5. The Debtors are requesting that claim number 3 be reduced to $1,000.00, two thousand and five hundred dollars and zero cents as this is a fairer and more appropriate price.

WHEREFORE, Debtors request that the Court sustain the objection.

February 12, 2021                                    RESPECTFULLY SUBMITTED

                                                                            Vincent E. Harris
                                                                            Janet L. Harris

                            By: /s/: Joseph Massie, III
                                    Joseph Massie, III
                                    115 N. 1st Street
                                    Richmond, VA 23219-2125
                                    (804) 644-4878 (T)
                                    (804) 644-4874 (F)

Massie Law Firm, PC
Joseph Massie, III, Esquire (Bar No. 35472)
115 N. 1st Street
Richmond, VA 23219
(804) 644-4878 (T)
(804) 644-4874 (F)
jmassie@massielawfirm.com

In re: Vincent E. Harris                             Case Number 17-35621-KRH
       Janet L. Harris

                                                     Chapter 13 Debtors

## **CERTIFICATE OF SERVICE**

     I hereby certify that on February 12, 2021, I sent, electronically, or mailed a true and exact copy of the foregoing **Objection to Proof of Claim** to all necessary parties.

February 12, 2021                  RESPECTFULLY SUBMITTED

                                                Vincent E. Harris
                                                Janet L. Harris

                                  By: /s/: Joseph Massie, III
                                    Joseph Massie, III
                                    115 N. 1st Street
                                    Richmond, VA 23219-2125
                                    (804) 644-4878 (T)
                                    (804) 644-4874 (F)

 

Massie Law Firm, PC
Joseph Massie, III, Esquire (Bar No. 35472)
115 N. 1st Street
Richmond, VA 23219
(804) 644-4878 (T)
(804) 644-4874 (F)
jmassie@massielawfirm.com

In re: Vincent E. Harris                                  Case Number 17-35621-KRH
      Janet L. Harris
                                                          Chapter 13 Debtors

## **Certificate of Mailing**

Toyota Motor Credit Corporation
c/o Becket & Lee, LLP
PO Box 3001
Malvern, PA 19355-0701

American Express Trs
Po Box 297871
Fort Lauderdale, FL 33329

Amex
Correspondence
Po Box 981540
El Paso, TX 79998

Barclays Bank Delaware
100 S West St
Wilmington, DE 19801

Cap1/dbarn
Capital One Retail Srvs/Attn: Bankruptcy
Po Box 30258
Salt Lake City, UT 84130

Capital One
Attn: Bankruptcy
Po Box 30253
Salt Lake City, UT 84130

Capital One
Attn: General Correspondence/Bankruptcy
Po Box 30285
Salt Lake City, UT 84130

Cash Net USA
P.O .Box 643990
Cincinnati, OH 45264

Chase Card
Attn: Correspondence Dept

Massie Law Firm, PC
Joseph Massie, III, Esquire (Bar No. 35472)
115 N. 1st Street
Richmond, VA 23219
(804) 644-4878 (T)
(804) 644-4874 (F)
jmassie@massielawfirm.com

In re: Vincent E. Harris                    Case Number 17-35621-KRH
       Janet L. Harris

                                            Chapter 13 Debtors

Po Box 15298
Wilmington, DE 19850


Citibank / Sears
Citicorp Credit Services/Attn: Centraliz
Po Box 790040
Saint Louis, MO 63179

Citibank/The Home Depot
Citicorp Cr Srvs/Centralized Bankruptcy
Po Box 790040
St Louis, MO 63129

Conrad Accpt
476 W Vermont Ave
Escondido, CA 92025

Dell Financial Services
Attn: Bankruptcy
Po Box 81577
Austin, TX 78708

Discover Financial
Po Box 3025
New Albany, OH 43054

Henrico Doctor's Hospital
P.O. Box 13620
Richmond, VA 23225

Mid America Bank & T
121 Continental Dr Ste 1
Newark, DE 19713

Midland Funding
Attn: Bankruptcy
Po Box 939069
San Diego, CA 92193

Massie Law Firm, PC
Joseph Massie, III, Esquire (Bar No. 35472)
115 N. 1st Street
Richmond, VA 23219
(804) 644-4878 (T)
(804) 644-4874 (F)
jmassie@massielawfirm.com

In re: Vincent E. Harris                    Case Number 17-35621-KRH
      Janet L. Harris
                                             Chapter 13 Debtors

Ocwen Loan Servicing, Llc
Attn: Research/Bankruptcy
1661 Worthington Rd Ste 100
West Palm Bch, FL 33409

Office of US Trustee
701 E. Broad Street
Suite 4300
Richmond, VA 23219

Old Point National Ban
1 W Mellen St
Hampton, VA 23663

Suzanne E. Wade
7202 Glen Forest Dr, Ste 202
Richmond, VA 23226

Synchrony Bank
Attn: Bankruptcy
Po Box 965060
Orlando, FL 32896

Synchrony Bank/ JC Penneys
Attn: Bankruptcy
Po Box 965060
Orlando, FL 32896

Synchrony Bank/Amazon
Attn: Bankruptcy
Po Box 965060
Orlando, FL 32896

Synchrony Bank/Sams Club
Attn: Bankruptcy
Po Box 965060
Orlando, FL 32896

Synchrony Bank/Walmart
Attn: Bankruptcy

Massie Law Firm, PC
Joseph Massie, III, Esquire (Bar No. 35472)
115 N. 1st Street
Richmond, VA 23219
(804) 644-4878 (T)
(804) 644-4874 (F)
jmassie@massielawfirm.com

In re: Vincent E. Harris                                    Case Number 17-35621-KRH
       Janet L. Harris

                                                            Chapter 13 Debtors

Po Box 965060
Orlando, FL 32896


Toyota Motor credit Corp
Po Box 8026
Cedar Rapids, IA 52408

Tricom Management
4025 E La Palma Avenue # 1 101
Anaheim, CA 92807

Wyndham Vacation Ownership
6277 Sea Harbor Dr
Orlando, FL 32821

Massie Law Firm, PC
Joseph Massie, III, Esquire (Bar No. 35472)
115 N. 1st Street
Richmond, VA 23219
(804) 644-4878 (T)
(804) 644-4874 (F)
jmassie@massielawfirm.com

In re: Vincent E. Harris                                    Case Number 17-35621-KRH
Janet L. Harris
                                                             Chapter 13 Debtors