**IN THE UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF VIRGINIA**
**Richmond Division**

In re: Vincent E. Harris                                Case Number 17-35621-KRH
     Janet L. Harris

                                                              Chapter 13

     Debtors

Address: 1304 Poco Dr Richmond, VA 23235

SSN:       xxx-xx- 9499 and 3082

## NOTICE OF OBJECTION TO PROOF OF CLAIM

COMES NOW, Vincent E. Harris and Janet L. Harris, ("Debtors"), by counsel has filed an objection to your claim in this bankruptcy case.

Your claim may be reduced, modified, or eliminated.  You should read these papers carefully and discuss them your attorney, if you have one.

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case.**

If you do not want the court the grant the relief sought in the motion, or if you want the court to consider your views on the motion, then on or before you or your attorney must:

> File with the court, at the address shown below, a written request for a hearing [or a written response pursuant to Local Bankruptcy Rule 9013-1(H)].

**Clerk of Court**
**United States Bankruptcy Court**
**701 E. Broad Street, Room 4000**
**Richmond, VA 23219**

Richmond, VA 23219
(804) 644-4878 (T)
(804) 644-4874 (F)
jmassie@massielawfirm.com

In re: Vincent E. Harris                                Case Number 17-35621-KRH
     Janet L. Harris

                                                              Chapter 13 Debtors

<u>You must also mail a copy to</u>:
Joseph Massie, III
115 N. 1st Street
Richmond, VA 23219-2125

If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the motion and may enter an order granting that relief.

February 26, 2021                                                                 /s/ Joseph Massie, III
                                                                                   Joseph Massie, III
                                                                                   115 N. 1st Street
                                                                                   Richmond, VA 23219
                                                                                   (804) 644-4878 (T)
                                                                                   (804) 644-4874 (F)

WHEREFORE, Debtors request that the Court sustain the objection.

February 26, 2021                          RESPECTFULLY SUBMITTED

                                                                       Vincent E. Harris
                                                                       Janet L. Harris

                                           By: /s/: Joseph Massie, III
                                                Joseph Massie, III
                                                115 N. 1st Street
                                                Richmond, VA 23219-2125
                                                (804) 644-4878 (T)
                                                (804) 644-4874 (F)

                                                                       Richmond, VA 23219
                                                                       (804) 644-4878 (T)
                                                                       (804) 644-4874 (F)
                                                                       jmassie@massielawfirm.com

In re: Vincent E. Harris                           Case Number 17-35621-KRH
       Janet L. Harris
                                                        Chapter 13 Debtors

## **CERTIFICATE OF SERVICE**

     I hereby certify that on February 26, 2021, I sent, electronically, or mailed a true and exact copy of the foregoing **Notice of Objection to Proof of Claim** to all necessary parties.

February 26, 2021            RESPECTFULLY SUBMITTED

                                      Vincent E. Harris
                                      Janet L. Harris

                   By: /s/: Joseph Massie, III
                       Joseph Massie, III
                       115 N. 1st Street
                       Richmond, VA 23219-2125
                       (804) 644-4878 (T)
                       (804) 644-4874 (F)

Richmond, VA 23219
(804) 644-4878 (T)
(804) 644-4874 (F)
jmassie@massielawfirm.com

In re: Vincent E. Harris           Case Number 17-35621-KRH
     Janet L. Harris
                            Chapter 13 Debtors

Toyota Motor Credit Corporation
c/o Becket & Lee, LLP PO Box 3001
Malvern, PA 19355-0701

American Express Trs
Po Box 297871
Fort Lauderdale, FL 33329

Amex
Correspondence
Po Box 981540
El Paso, TX 79998

Barclays Bank Delaware
100 S West St
Wilmington, DE 19801

Cap1/dbarn
Capital One Retail Srvs/Attn: Bankruptcy
Po Box 30258
Salt Lake City, UT 84130

Capital One
Attn: Bankruptcy
Po Box 30253
Salt Lake City, UT 84130

Capital One
Attn: General Correspondence/Bankruptcy
Po Box 30285
Salt Lake City, UT 84130

Cash Net USA
P.O .Box 643990
Cincinnati, OH 45264

Richmond, VA 23219
(804) 644-4878 (T)
(804) 644-4874 (F)
jmassie@massielawfirm.com

In re: Vincent E. Harris                             Case Number 17-35621-KRH
Janet L. Harris
                                                   Chapter 13 Debtors

Chase Card
Attn: Correspondence Dept
Po Box 15298
Wilmington, DE 19850



Citibank / Sears
Citicorp Credit Services/Attn: Centraliz
Po Box 790040
Saint Louis, MO 63179

Citibank/The Home Depot
Citicorp Cr Srvs/Centralized Bankruptcy
Po Box 790040
St Louis, MO 63129

Conrad Accpt
476 W Vermont Ave
Escondido, CA 92025

Dell Financial Services
Attn: Bankruptcy Po Box
81577
Austin, TX 78708

Discover Financial
Po Box 3025
New Albany, OH 43054

Henrico Doctor's Hospital
P.O. Box 13620
Richmond, VA 23225

Mid America Bank & T
121 Continental Dr Ste 1
Newark, DE 19713

Richmond, VA 23219
(804) 644-4878 (T)
(804) 644-4874 (F)
jmassie@massielawfirm.com

In re: Vincent E. Harris                           Case Number 17-35621-KRH
    Janet L. Harris
                                            Chapter 13 Debtors

Midland Funding
Attn: Bankruptcy
Po Box 939069
San Diego, CA 92193

Ocwen Loan Servicing, Llc
Attn: Research/Bankruptcy
1661 Worthington Rd Ste 100
West Palm Bch, FL 33409
Office of US Trustee
701 E. Broad Street
Suite 4300
Richmond, VA 23219

Old Point National Ban
1 W Mellen St
Hampton, VA 23663

Suzanne E. Wade
7202 Glen Forest Dr, Ste 202
Richmond, VA 23226

Synchrony Bank
Attn: Bankruptcy
Po Box 965060
Orlando, FL 32896

Synchrony Bank/ JC Penneys
Attn: Bankruptcy
Po Box 965060
Orlando, FL 32896

Synchrony Bank/Amazon
Attn: Bankruptcy
Po Box 965060
Orlando, FL 32896

Synchrony Bank/Sams Club

Richmond, VA 23219
(804) 644-4878 (T)
(804) 644-4874 (F)
jmassie@massielawfirm.com

In re: Vincent E. Harris                         Case Number 17-35621-KRH
Janet L. Harris
                                                 Chapter 13 Debtors

Attn: Bankruptcy
Po Box 965060
Orlando, FL 32896

Synchrony Bank/Walmart
Attn: Bankruptcy
Po Box 965060
Orlando, FL 32896

Toyota Motor credit Corp
Po Box 8026
Cedar Rapids, IA 52408

Tricom Management
4025 E La Palma Avenue # 1 101
Anaheim, CA 92807

Wyndham Vacation Ownership
6277 Sea Harbor Dr
Orlando, FL 32821

Richmond, VA 23219
(804) 644-4878 (T)
(804) 644-4874 (F)
jmassie@massielawfirm.com

In re: Vincent E. Harris               Case Number 17-35621-KRH
Janet L. Harris
                                       Chapter 13 Debtors