IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

In re    Janet L. Harris
         Vincent E. Harris                          Case No.    17-35621-KRH
                                                    Chapter     13

                 Debtors

Address: 1304 Poco Dr. Richmond, VA 23235

SSN: xxx-xx- 9499 and 3082

## <u>NOTICE OF OBJECTION TO PROOF OF CLAIM</u>

COMES NOW, Vincent E. Harris and Janet L. Harris, ("Debtors"), by counsel has filed

an objection to your claim in this bankruptcy case.

**<u>Your claim may be reduced, modified, or eliminated.</u> You should read these papers
carefully and discuss them with your attorney if you have one.**

If you do not want the court to eliminate or change your claim, then on or before June 16,
2021, you or your attorney must: (twenty-one days from the filing of the Motion).

File with the court, a written response to the objection, explaining your position at: the
address of the bankruptcy clerk's office [pursuant to Local Bankrutpcy Rule 9013-1(H)] within
21 days of the filing of this Motion at below address.

Clerk of Court
United States Bankruptcy Court
701 E. Broad Street, Room 4000
Richmond, VA 23219

<u>You must also mail a copy to:</u>
Joseph S. Massie, III, Esquire
115 N.1st Street- Suite 100
Richmond, VA 23219

Massie Law Firm, PC
Joseph Massie, III, Esquire (Bar No. 35472)
115 N. 1st Street, Suite 100
Richmond, VA 23219
(804) 644-4878 (T)
(804) 644-4874 (F)
jmassie@massielawfirm.com

In re    Janet L. Harris
         Vincent E. Harris                    :    Case No.    17-35621-KRH
                         Debtor(s)            :    Chapter    13

If you or your attorney do not take these steps, the court may decide that you do not oppose the objection to your claim.

May 26, 2021

_/s/: Joseph S. Massie, III_
Joseph S. Massie, III, Esquire
115 N.1st Street- Suite 100
Richmond, VA 23219
(804) 644-4878 (T)
(804) 644-4874 (F)

WHEREFORE, Debtors request that the Court sustain the objection.

May 26, 2021,

RESPECTFULLY SUBMITTED
Vincent E. Harris
Janet L. Harris

_/s/: Joseph S. Massie, III_
Joseph S. Massie, III, Esquire
115 N.1st Street- Suite 100
Richmond, VA 23219
(804) 644-4878 (T)
(804) 644-4874 (F)

## CERTIFICATE OF SERVICE

I hereby certify that on May 26, 2021, by first class mail an exact copy of the foregoing Objection to Proof of Claim to Toyota Motor Credit Corporation c/o: Beckett and Lee, LLP, PO Box 3001 Malvern, PA 19355-0701

May 26, 2021

RESPECTFULLY SUBMITTED
Vincent E. Harris
Janet L. Harris

Massie Law Firm, PC
Joseph Massie, III, Esquire (Bar No. 35472)
115 N. 1ˢᵗ Street, Suite 100
Richmond, VA 23219
(804) 644-4878 (T)
(804) 644-4874 (F)
jmassie@massielawfirm.com

| In re | Janet L. Harris | | | Case No. | 17-35621-KRH |
|-------|-----------------|---|---|----------|--------------|
| | Vincent E. Harris | | : | Chapter | 13 |
| | | Debtor(s) | : | | |

By: /s/: Joseph Massie, III

Joseph Massie, III

Debtor
Vincent E. Harris
1304 Polo Drive
Richmond, Virginia 23235

Joint Debtor
Janet L. Harris
1304 Polo Drive
Richmond, Virginia 23235

Toyota Motor Credit Corporation
c/o: Beckett & Lee Law Firm, LLP
PO Box 3001
Malvern, PA 19355-0701

Trustee
Suzanne Wade
PO Box 1780
Richmond, VA 23230

U.S. Trustee
Judy A. Robbins
Office of the U.S. Trustee- Region 4-R
701 E. Broad Street, Suite 4304

Massie Law Firm, PC
Joseph Massie, III, Esquire (Bar No. 35472)
115 N. 1st Street, Suite 100
Richmond, VA 23219
(804) 644-4878 (T)
(804) 644-4874 (F)
jmassie@massielawfirm.com

| In re | Janet L. Harris | | : | Case No. | 17-35621-KRH |
| | Vincent E. Harris | | : | Chapter | 13 |
| | | Debtor(s) | | | |

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

In re    Janet L. Harris
Vincent E. Harris                                    Case No.      17-35621-KRH
                        Debtor(s)                    Chapter       13

## OBJECTION TO PROOF OF CLAIM

**COMES NOW**, Vincent E. Harris and Janet L. Harris, ("Debtors"), by counsel,

and pursuant to 11 U.S.C. Rule 3007, Objection to Claim(s), Debtor's object to claim number

3 by Toyota Motor Credit Corporation.

1. Debtors filed for protection under Chapter 13 of U.S.C. Bankruptcy Code

    November 10, 2017.

2. On December 11, 2017, Toyota Motor Credit Corporation , filed secured

    claim number 3.

3. On December 12, 2018, Toyota Motor Credit Corporation amended the

    claim to $5,939.25, five thousand nine hundred thirty-nine dollars and twenty-

    five cents.

4. Debtors object to claim number 3, as they believe that Toyota Motor Credit

    Corporation, had been more diligent in selling the vehicle the deficiency

    balance would have been significantly lower.

5. The Debtors are requesting that claim number 3 be amended to $1,000.00,

    two thousand and five hundred dollars and zero cents as this is a fairer and

Massie Law Firm, PC
Joseph Massie, III, Esquire (Bar No. 35472)
115 N. 1st Street, Suite 100
Richmond, VA 23219
(804) 644-4878 (T)
(804) 644-4874 (F)
jmassie@massielawfirm.com

In re    Janet L. Harris
Vincent E. Harris                          :        Case No.   17-35621-KRH
                        Debtor(s)          :        Chapter    13

more appropriate price.

WHEREFORE, Debtors request that the Court sustain the objection.

May 26, 2021,                              RESPECTFULLY SUBMITTED

                                           Vincent E. Harris
                                           Janet L. Harris


                                    By: /s/: Joseph S. Massie, III
                                        Joseph S. Massie, III, Esquire
                                        115 N. 1st Street- Ste 100
                                        Richmond, Virginia 23219-2125
                                        (804) 644-4878 (T)
                                        (804) 644-4874 (F)


## CERTIFICATE OF SERVICE

I hereby certify that on May 26, 2021, by first class mail an exact copy of the foregoing Objection to Proof of Claim to Toyota Motor Credit Corporation c/o: Beckett and Lee, LLP, PO Box 3001 Malvern, PA 19355-0701

May 26, 2021                               RESPECTFULLY SUBMITTED

                                           Vincent E. Harris
                                           Janet L. Harris
                                    By: /s/: Joseph Massie, III
                                        Joseph Massie, III
                                        115 N. 1st Street, Suite 100
                                        Richmond, VA 23219-2125
                                        (804) 644-4878 (T)
                                        (804) 644-4874 (F)

                                        Massie Law Firm, PC
                              Joseph Massie, III, Esquire (Bar No. 35472)
                                        115 N. 1st Street, Suite 100
                                        Richmond, VA 23219
                                        (804) 644-4878 (T)
                                        (804) 644-4874 (F)
                                        jmassie@massielawfirm.com

| In re | Janet L. Harris |  | : | Case No. | 17-35621-KRH |
|  | Vincent E. Harris |  | : | Chapter | 13 |
|  |  | Debtor(s) |  |  |  |

(804) 644-4874 (F)

*Debtor*
Vincent E. Harris
1304 Polo Drive
Richmond, Virginia 23235

*Joint Debtor*
Janet L. Harris
1304 Polo Drive
Richmond, Virginia 23235

Toyota Motor Credit Corporation
c/o: Beckett & Lee Law Firm, LLP
PO Box 3001
Malvern, PA 19355-0701

*Trustee*
Suzanne Wade
PO Box 1780
Richmond, VA 23230

*U.S. Trustee*
Judy A. Robbins
Office of the U.S. Trustee- Region 4-R
701 E. Broad Street, Suite 4304
Richmond, VA 23219
(804) 771-2310

Massie Law Firm, PC
Joseph Massie, III, Esquire (Bar No. 35472)
115 N. 1st Street, Suite 100
Richmond, VA 23219
(804) 644-4878 (T)
(804) 644-4874 (F)
jmassie@massielawfirm.com

| In re | Janet L. Harris | | : | Case No. | 17-35621-KRH |
|-------|-----------------|------------|---|----------|--------------|
| | Vincent E. Harris | | : | Chapter | 13 |
| | | Debtor(s) | | | |