IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

| | |
|---|---|
| In re   Janet L. Harris<br>        Vincent E. Harris | Case No.   17-35621-KRH<br>Chapter    13 |
| Debtors | |

Address: 1304 Poco Dr. Richmond, VA 23235

SSN: xxx-xx- 9499 and 3082

## NOTICE OF OBJECTION TO PROOF OF CLAIM

COMES NOW, Vincent E. Harris and Janet L. Harris, ("Debtors"), by counsel has filed an objection to your claim in this bankruptcy case.

**Your claim may be reduced, modified, or eliminated. You should read these papers carefully and discuss them with your attorney if you have one.**

If you do not want the court to eliminate or change your claim, then on or before <30 days from today>, you or your attorney must: (THIRTY days from the filing of the Objection).

File with the court, a written response to the objection, explaining your position at: the address of the bankruptcy clerk's office pursuant to FRBP 3007, within 30 days of the filing of this Objection at below address.

| Clerk of Court<br>United States Bankruptcy Court<br>701 E. Broad Street, Room 4000<br>Richmond, VA 23219 | You must also mail a copy to:<br><br>Joseph S. Massie, III, Esquire<br>115 N.1st Street- Suite 100<br>Richmond, VA 23219 |
|---|---|

If you or your attorney do not take these steps, the court may decide that you do not oppose the objection to your claim.

Massie Law Firm, PC<br>
Joseph Massie, III, Esquire (Bar No. 35472)<br>
115 N. 1st Street, Suite 100<br>
Richmond, VA 23219<br>
(804) 644-4878 (T)<br>
(804) 644-4874 (F)<br>
jmassie@massielawfirm.com

| | | |
|---|---|---|
| In re   Janet L. Harris<br>        Vincent E. Harris<br>                    Debtor(s) | : <br>: | Case No.   17-35621-KRH<br>Chapter    13 |

November 2, 2021

RESPECTFULLY SUBMITTED
Vincent E. Harris
Janet L. Harris

/s/: Joseph S. Massie, III
Joseph S. Massie, III, Esquire
115 N.1st Street- Suite 100
Richmond, VA 23219
(804) 644-4878 (T)
(804) 644-4874 (F)

## CERTIFICATE OF SERVICE

I hereby certify that on May 27, 2021, by first class mail an exact copy of the foregoing Objection to Proof of Claim to Toyota Motor Credit Corporation c/o: Beckett and Lee, LLP, PO Box 3001 Malvern, PA 19355-0701 as well as all Creditors listed below and all necessary Parties.

**American Express Trs**
**Po Box 297871**
**Fort Lauderdale, FL 33329**

**Amex**
**Correspondence**
**Po Box 981540**
**El Paso, TX 79998**

**Barclays Bank Delaware**
**100 S West St**
**Wilmington, DE 19801**

**Cap1/dbarn**
**Capital One Retail Srvs/Attn: Bankruptcy**
**Po Box 30258**
**Salt Lake City, UT 84130**

Massie Law Firm, PC
Joseph Massie, III, Esquire (Bar No. 35472)
115 N. 1st Street, Suite 100
Richmond, VA 23219
(804) 644-4878 (T)
(804) 644-4874 (F)
jmassie@massielawfirm.com

| In re | Janet L. Harris<br>Vincent E. Harris | | : | Case No. | 17-35621-KRH |
|---|---|---|---|---|---|
| | | Debtor(s) | : | Chapter | 13 |

**Capital One**
Attn: Bankruptcy
Po Box 30253
Salt Lake City, UT 84130

**Capital One**
Attn: General Correspondence/Bankruptcy
Po Box 30285
Salt Lake City, UT 84130

**Cash Net USA**
P.O .Box 643990
Cincinnati, OH 45264

**Chase Card**
Attn: Correspondence Dept
Po Box 15298
Wilmington, DE 19850

**Citibank / Sears**
Citicorp Credit Services/Attn: Centraliz
Po Box 790040
Saint Louis, MO 63179

**Citibank/The Home Depot**
Citicorp Cr Srvs/Centralized Bankruptcy
Po Box 790040
St Louis, MO 63129

**Conrad Accpt**
476 W Vermont Ave
Escondido, CA 92025

**Dell Financial Services**
Attn: Bankruptcy
Po Box 81577
Austin, TX 78708

Massie Law Firm, PC
Joseph Massie, III, Esquire (Bar No. 35472)
115 N. 1st Street, Suite 100
Richmond, VA 23219
(804) 644-4878 (T)
(804) 644-4874 (F)
jmassie@massielawfirm.com

| | | | |
|---|---|---|---|
| In re | Janet L. Harris | : | Case No. 17-35621-KRH |
| | Vincent E. Harris | : | Chapter 13 |
| | Debtor(s) | : | |

**Discover Financial**
Po Box 3025
New Albany, OH 43054

**Henrico Doctor's Hospital**
P.O. Box 13620
Richmond, VA 23225

**Mid America Bank & T**
121 Continental Dr Ste 1
Newark, DE 19713

**Midland Funding**
Attn: Bankruptcy
Po Box 939069
San Diego, CA 92193

**Ocwen Loan Servicing, Llc**
Attn: Research/Bankruptcy
1661 Worthington Rd Ste 100
West Palm Bch, FL 33409

**Office of US Trustee**
701 E. Broad Street
Suite 4300
Richmond, VA 23219

**Old Point National Ban**
1 W Mellen St
Hampton, VA 23663
Suzanne E. Wade

7202 Glen Forest Dr, Ste 202
Richmond, VA 23226
Pg. 2 of 3

**Synchrony Bank**
Attn: Bankruptcy
Po Box 965060
Orlando, FL 32896

Massie Law Firm, PC
Joseph Massie, III, Esquire (Bar No. 35472)
115 N. 1st Street, Suite 100
Richmond, VA 23219
(804) 644-4878 (T)
(804) 644-4874 (F)
jmassie@massielawfirm.com

| In re | Janet L. Harris<br>Vincent E. Harris | | : | Case No. | 17-35621-KRH |
|---|---|---|---|---|---|
| | | Debtor(s) | : | Chapter | 13 |

Synchrony Bank/ JC Penneys
Attn: Bankruptcy
Po Box 965060
Orlando, FL 32896

Synchrony Bank/Amazon
Attn: Bankruptcy
Po Box 965060
Orlando, FL 32896

Synchrony Bank/Sams Club
Attn: Bankruptcy
Po Box 965060
Orlando, FL 32896

Synchrony Bank/Walmart
Attn: Bankruptcy
Po Box 965060
Orlando, FL 32896

Toyota Motor credit Corp
Po Box 8026
Cedar Rapids, IA 52408

Tricom Management
4025 E La Palma Avenue # 1 101
Anaheim, CA 92807

Wyndham Vacation Ownership
6277 Sea Harbor Dr
Orlando, FL 3282

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

| | | | |
|---|---|---|---|
| In re | Janet L. Harris<br>Vincent E. Harris | Case No. | 17-35621-KRH |
| | Debtor(s) | Chapter | 13 |

Massie Law Firm, PC<br>
Joseph Massie, III, Esquire (Bar No. 35472)<br>
115 N. 1st Street, Suite 100<br>
Richmond, VA 23219<br>
(804) 644-4878 (T)<br>
(804) 644-4874 (F)<br>
jmassie@massielawfirm.com

| | | | |
|---|---|---|---|
| In re | Janet L. Harris<br>Vincent E. Harris | : Case No. | 17-35621-KRH |
| | Debtor(s) | : Chapter | 13 |

## OBJECTION TO PROOF OF CLAIM

**COMES NOW**, Vincent E. Harris and Janet L. Harris, ("Debtors"), by counsel, and pursuant to 11 U.S.C. Rule 3007, Objection to Claim(s), Debtor's object to claim number 4 by Toyota Motor Credit Corporation.

1. Debtors filed for protection under Chapter 13 of U.S.C. Bankruptcy Code November 10, 2017.

2. On December 14, 2017, Toyota Motor Credit Corporation, filed claim number 4.

3. On February 14, 2019, Toyota Motor Credit Corporation amended the claim to $13,078.72, thirteen thousand and seventy-eight dollars and seventy-two cents.

4. Debtors object to claim number 4, as they believe that Toyota Motor Credit Corporation failed to sell the vehicle in a commercially reasonable manner, and As a result, failed to recover a reasonable sum and minimize damages. Toyota has a statutory duty to mitigate their damages with a "commercially reasonable sale" pursuant to VA Code 8.9A-610(b). The failure to comply with 8.9A-610 results in entitlement to damages under 8.9A-625 and 8.9A-626, amounting to the entire finance charge plus 10% of the principal and credit for the proper amount of credit, amounting to 5638.86 for the finance charge and 4008.49 for the 10% of the amount financed, reducing

Massie Law Firm, PC
Joseph Massie, III, Esquire (Bar No. 35472)
115 N. 1st Street, Suite 100
Richmond, VA 23219
(804) 644-4878 (T)
(804) 644-4874 (F)
jmassie@massielawfirm.com

| In re | Janet L. Harris | | | Case No. | 17-35621-KRH |
|---|---|---|---|---|---|
| | Vincent E. Harris | | | Chapter | 13 |
| | | **Debtor(s)** | : | | |

the balance by 9647.35 plus the amount of credit had the collateral been sold properly, reducing the amount from 13,078.72 to 3431.37 plus credit for proper sale in the approximate amount of $4,000, resulting in a credit balance, not a debt, in the amount of just under $600.00.

5. The Debtors are requesting that claim number 4 be reduced to $0.00, zero dollars and zero cents.

WHEREFORE, Debtors request that the Court sustain the objection.

November 2, 2021                                        RESPECTFULLY SUBMITTED

                                                        Vincent E. Harris
                                                        Janet L. Harris


                                                        By: /s/: Joseph S. Massie, III
                                                            Joseph S. Massie, III, Esquire
                                                            115 N. 1st Street- Ste 100
                                                            Richmond, Virginia 23219-2125
                                                            (804) 644-4878 (T)
                                                            (804) 644-4874 (F)

Massie Law Firm, PC
Joseph Massie, III, Esquire (Bar No. 35472)
115 N. 1st Street, Suite 100
Richmond, VA 23219
(804) 644-4878 (T)
(804) 644-4874 (F)
jmassie@massielawfirm.com

| In re | Janet L. Harris | | | |
| | Vincent E. Harris | : | Case No. | 17-35621-KRH |
| | Debtor(s) | : | Chapter | 13 |

## CERTIFICATE OF SERVICE

I hereby certify that on May 27, 2021, by first class mail an exact copy of the foregoing Objection to Proof of Claim to Toyota Motor Credit Corporation c/o: Beckett and Lee, LLP, PO Box 3001 Malvern, PA 19355-0701

November 2, 2021

RESPECTFULLY SUBMITTED

Vincent E. Harris
Janet L. Harris
By: /s/: Joseph Massie, III
Joseph Massie, III
115 N. 1st Street, Suite 100
Richmond, VA 23219-2125
(804) 644-4878 (T)
(804) 644-4874 (F)

*Debtor*
Vincent E. Harris
Janet L. Harris
1304 Polo Drive
Richmond, Virginia 23235

Toyota Motor Credit Corporation
c/o: Beckett & Lee Law Firm, LLP
PO Box 3001
Malvern, PA 19355-0701

*Trustee*
Suzanne Wade
PO Box 1780
Richmond, VA 23230

Massie Law Firm, PC
Joseph Massie, III, Esquire (Bar No. 35472)
115 N. 1st Street, Suite 100
Richmond, VA 23219
(804) 644-4878 (T)
(804) 644-4874 (F)
jmassie@massielawfirm.com

| In re | Janet L. Harris<br>Vincent E. Harris | | | |
|---|---|---|---|---|
| | | Debtor(s) | : | Case No. 17-35621-KRH |
| | | | : | Chapter 13 |

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

In re  Janet L. Harris
       Vincent E. Harris                         Case No.    17-35621-KRH
                                                 Chapter     13

            Debtors

Address: 1304 Poco Dr. Richmond, VA 23235

SSN: xxx-xx- 9499 and 3082

## NOTICE OF OBJECTION TO PROOF OF CLAIM

COMES NOW, Vincent E. Harris and Janet L. Harris, ("Debtors"), by counsel has filed an objection to your claim in this bankruptcy case.

**Your claim may be reduced, modified, or eliminated. You should read these papers carefully and discuss them with your attorney if you have one.**

If you do not want the court to eliminate or change your claim, then on or before 30 days from today, you or your attorney must:.

File with the court, a written response to the objection, explaining your position at: the address of the bankruptcy clerk's office pursuant to FRBP 3007, within 30 days of the filing of this Objection at below address.

| Clerk of Court<br>United States Bankruptcy Court<br>701 E. Broad Street, Room 4000<br>Richmond, VA 23219 | You must also mail a copy to:<br><br>Joseph S. Massie, III, Esquire<br>115 N.1st Street- Suite 100<br>Richmond, VA 23219 |
|---|---|

If you or your attorney do not take these steps, the court may decide that you do not oppose the objection to your claim.

Massie Law Firm, PC
Joseph Massie, III, Esquire (Bar No. 35472)
115 N. 1st Street, Suite 100
Richmond, VA 23219
(804) 644-4878 (T)
(804) 644-4874 (F)
jmassie@massielawfirm.com

In re  Janet L. Harris                           :    Case No.  17-35621-KRH
       Vincent E. Harris                         :    Chapter   13
            Debtor(s)

November 2, 2021
RESPECTFULLY SUBMITTED
Vincent E. Harris
Janet L. Harris

/s/: Joseph S. Massie, III
Joseph S. Massie, III, Esquire
115 N.1st Street- Suite 100
Richmond, VA 23219
(804) 644-4878 (T)
(804) 644-4874 (F)

## CERTIFICATE OF SERVICE

I hereby certify that on , November 2, 2021, by first class mail an exact copy of the foregoing Objection to Proof of Claim to

**Toyota Motor Credit Corporation**
**c/o: Beckett and Lee, LLP,**
**PO Box 3001**
**Malvern, PA 19355-0701**

**Toyota Motor Credit Corporation**
**r/a CT Corporation System**
**4701 Cox Rd., Suite 285**
**Glen Allen, VA 23060**

**Vincent and Janet Harris**
**1304 Poco Dr.**
**Richmond, VA 23235**

**Suzanne Wade, Chapter 13 Trustee**
**7202 Glen Forest Dr, Ste 202**
**Richmond, VA 23226**

as well as all Creditors listed below and all necessary Parties.

Massie Law Firm, PC
Joseph Massie, III, Esquire (Bar No. 35472)
115 N. 1st Street, Suite 100
Richmond, VA 23219
(804) 644-4878 (T)
(804) 644-4874 (F)
jmassie@massielawfirm.com

| In re | Janet L. Harris<br>Vincent E. Harris | | : | Case No. 17-35621-KRH |
|---|---|---|---|---|
| | | Debtor(s) | : | Chapter 13 |

American Express Trs
Po Box 297871
Fort Lauderdale, FL 33329

Amex
Correspondence
Po Box 981540
El Paso, TX 79998

Barclays Bank Delaware
100 S West St
Wilmington, DE 19801

Cap1/dbarn
Capital One Retail Srvs/Attn: Bankruptcy
Po Box 30258
Salt Lake City, UT 84130


Capital One
Attn: Bankruptcy
Po Box 30253
Salt Lake City, UT 84130

Capital One
Attn: General Correspondence/Bankruptcy
Po Box 30285
Salt Lake City, UT 84130

Cash Net USA
P.O .Box 643990
Cincinnati, OH 45264

Chase Card
Attn: Correspondence Dept
Po Box 15298
Wilmington, DE 19850

Massie Law Firm, PC
Joseph Massie, III, Esquire (Bar No. 35472)
115 N. 1st Street, Suite 100
Richmond, VA 23219
(804) 644-4878 (T)
(804) 644-4874 (F)
jmassie@massielawfirm.com

| In re | Janet L. Harris<br>Vincent E. Harris<br>Debtor(s) | : <br> : | Case No. 17-35621-KRH<br>Chapter 13 |
|---|---|---|---|

**Citibank / Sears**
**Citicorp Credit Services/Attn: Centraliz**
**Po Box 790040**
**Saint Louis, MO 63179**

**Citibank/The Home Depot**
**Citicorp Cr Srvs/Centralized Bankruptcy**
**Po Box 790040**
**St Louis, MO 63129**

**Conrad Accpt**
**476 W Vermont Ave**
**Escondido, CA 92025**

**Dell Financial Services**
**Attn: Bankruptcy**
**Po Box 81577**
**Austin, TX 78708**

**Discover Financial**
**Po Box 3025**
**New Albany, OH 43054**

**Henrico Doctor's Hospital**
**P.O. Box 13620**
**Richmond, VA 23225**

**Mid America Bank & T**
**121 Continental Dr Ste 1**
**Newark, DE 19713**

**Midland Funding**
**Attn: Bankruptcy**
**Po Box 939069**
**San Diego, CA 92193**

Massie Law Firm, PC
Joseph Massie, III, Esquire (Bar No. 35472)
115 N. 1ˢᵗ Street, Suite 100
Richmond, VA 23219
(804) 644-4878 (T)
(804) 644-4874 (F)
jmassie@massielawfirm.com

| In re | Janet L. Harris | | |
| | Vincent E. Harris | : | Case No. 17-35621-KRH |
| | Debtor(s) | : | Chapter 13 |

Ocwen Loan Servicing, Llc
Attn: Research/Bankruptcy
1661 Worthington Rd Ste 100
West Palm Bch, FL 33409

Old Point National Ban
1 W Mellen St
Hampton, VA 23663

Synchrony Bank
Attn: Bankruptcy
Po Box 965060
Orlando, FL 32896

Synchrony Bank/ JC Penneys
Attn: Bankruptcy
Po Box 965060
Orlando, FL 32896

Synchrony Bank/Amazon
Attn: Bankruptcy
Po Box 965060
Orlando, FL 32896

Synchrony Bank/Sams Club
Attn: Bankruptcy
Po Box 965060
Orlando, FL 32896

Synchrony Bank/Walmart
Attn: Bankruptcy
Po Box 965060
Orlando, FL 32896

Toyota Motor credit Corp
Po Box 8026
Cedar Rapids, IA 52408

Tricom Management
4025 E La Palma Avenue # 1 101
Anaheim, CA 92807

Massie Law Firm, PC
Joseph Massie, III, Esquire (Bar No. 35472)
115 N. 1st Street, Suite 100
Richmond, VA 23219
(804) 644-4878 (T)
(804) 644-4874 (F)
jmassie@massielawfirm.com

| In re | Janet L. Harris | | |
| | Vincent E. Harris | : | Case No. 17-35621-KRH |
| | Debtor(s) | : | Chapter 13 |

**Wyndham Vacation Ownership**
**6277 Sea Harbor Dr**
**Orlando, FL 3282**

Massie Law Firm, PC
Joseph Massie, III, Esquire (Bar No. 35472)
115 N. 1st Street, Suite 100
Richmond, VA 23219
(804) 644-4878 (T)
(804) 644-4874 (F)
jmassie@massielawfirm.com

In re   Janet L. Harris
        Vincent E. Harris
                Debtor(s)        :   Case No. 17-35621-KRH
                                 :   Chapter 13

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

In re  Janet L. Harris
      Vincent E. Harris                        Case No.   17-35621-KRH
              Debtor(s)                       Chapter    13

## OBJECTION TO PROOF OF CLAIM

**COMES NOW**, Vincent E. Harris and Janet L. Harris, ("Debtors"), by counsel, and pursuant to 11 U.S.C. Rule 3007, Objection to Claim(s), Debtor's object to claim number 4 by Toyota Motor Credit Corporation.

1. Debtors filed for protection under Chapter 13 of U.S.C. Bankruptcy Code November 10, 2017.

2. On December 14, 2017, Toyota Motor Credit Corporation , filed claim number 4.

3. On February 14, 2019, Toyota Motor Credit Corporation amended the claim to $13,078.72, thirteen thousand and seventy-eight dollars and seventy-two cents.

4. Debtors object to claim number 4, as they believe that Toyota Motor Credit Corporation failed to sell the vehicle in a commercially reasonable manner, and As a result, failed to recover a reasonable sum and minimize damages. Toyota has a statutory duty to mitigate their damages with a "commercially reasonable sale" pursuant to VA Code 8.9A-610(b). The failure

Massie Law Firm, PC<br>
Joseph Massie, III, Esquire (Bar No. 35472)<br>
115 N. 1st Street, Suite 100<br>
Richmond, VA 23219<br>
(804) 644-4878 (T)<br>
(804) 644-4874 (F)<br>
jmassie@massielawfirm.com

In re   Janet L. Harris
         Vincent E. Harris                    :    Case No.  17-35621-KRH
              Debtor(s)                  :    Chapter  13

to comply with 8.9A-610 results in entitlement to damages under 8.9A-625 and 8.9A-626, amounting to the entire finance charge plus 10% of the principal and credit for the proper amount of credit, amounting to 5638.86 for the finance charge and 4008.49 for the 10% of the amount financed, reducing the balance by 9647.35 plus the amount of credit had the collateral been sold properly, reducing the amount from 13,078.72 to 3431.37 plus credit for proper sale in the approximate amount of $4,000, resulting in a credit balance, not a debt, in the amount of just under $600.00.

5. The Debtors are requesting that claim number 4 be reduced to $0.00, zero dollars and zero cents.

WHEREFORE, Debtors request that the Court sustain the objection.

November 2, 2021                                    RESPECTFULLY SUBMITTED

                                                    Vincent E. Harris
                                                    Janet L. Harris

                                                By: /s/: Joseph S. Massie, III
                                                    Joseph S. Massie, III, Esquire
                                                    115 N. 1st Street- Ste 100
                                                    Richmond, Virginia 23219-2125
                                                    (804) 644-4878 (T)
                                                    (804) 644-4874 (F)

Massie Law Firm, PC
Joseph Massie, III, Esquire (Bar No. 35472)
115 N. 1st Street, Suite 100
Richmond, VA 23219
(804) 644-4878 (T)
(804) 644-4874 (F)
jmassie@massielawfirm.com

| In re | Janet L. Harris<br>Vincent E. Harris | | : | Case No. 17-35621-KRH |
|---|---|---|---|---|
| | | Debtor(s) | : | Chapter 13 |

## CERTIFICATE OF SERVICE

I hereby certify that on May 27, 2021, by first class mail an exact copy of the foregoing Objection to Proof of Claim to Toyota Motor Credit Corporation c/o: Beckett and Lee, LLP, PO Box 3001 Malvern, PA 19355-0701

November 2, 2021                    RESPECTFULLY SUBMITTED

                                                 Vincent E. Harris
                                                 Janet L. Harris
                                  By: /s/: Joseph Massie, III
                                           Joseph Massie, III
                          115 N. 1st Street, Suite 100
                                    Richmond, VA 23219-2125
                                           (804) 644-4878 (T)
                                           (804) 644-4874 (F)

*Debtor*
Vincent E. Harris
Janet L. Harris
1304 Polo Drive
Richmond, Virginia 23235

Toyota Motor Credit Corporation
c/o: Beckett & Lee Law Firm, LLP
PO Box 3001
Malvern, PA 19355-0701

Toyota Motor Credit Corporation
r/a CT Corporation System
4701 Cox Rd., Suite 285
Glen Allen, VA 23060

*Trustee*
Suzanne Wade
PO Box 1780
Richmond, VA 23230

Massie Law Firm, PC
Joseph Massie, III, Esquire (Bar No. 35472)
115 N. 1st Street, Suite 100
Richmond, VA 23219
(804) 644-4878 (T)
(804) 644-4874 (F)
jmassie@massielawfirm.com

In re    Janet L. Harris                             :    Case No.  17-35621-KRH
        Vincent E. Harris
                    Debtor(s)             :    Chapter   13